## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-10-696 (2-4) |
| § | |
| ALFONSO GONZALEZ § | |
| RENE GALVAN § | |
| OMAR IVAN MONITA § | |

# O R D E R

Defendant Omar Monita filed an unopposed motion for continuance, (Docket Entry No. 88). The government and the codefendants are unopposed to the motion The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 31, 2011 |
| Responses are to be filed by: | November 14, 2011 |
| Pretrial conference is reset to**:** | **November 21, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 28, 2011, at 9:00 a.m.** |

SIGNED on September 30, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge