IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-10-696-1 |
| | § | |
| JESSE SANCHEZ | § | |

**O R D E R**

The defendant filed an unopposed motion to extend the deadline for filing objections and for a continuance of the sentencing hearing, (Docket Entry No. 111). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 20, 2012 at 9:00 a.m.** Objections to the presentence report are to be filed by March 5, 2012.

SIGNED on February 14, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge