**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-696-4 |
| | § | |
| OMAR IVAN MONITA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 117). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 1, 2012 at 9:00 a.m.**

SIGNED on February 24, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge